## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED
### v.
## ANTOINE LASSELLE, JR.

1811

JOURNAL ENTRIES

1. Judgment (confessed) . . . . . . . . *Journal, infra,* \*p. 355
2. Satisfaction acknowledged . . . . . . . . . " 355

PAPERS IN FILE

[None]

## RICHARD PATTINSON
### v.
## ANTOINE LAFORTUNE

1811

JOURNAL ENTRIES

1. Alias granted . . . . . . . . . . *Journal, infra,* \*p. 355

PAPERS IN FILE

[None]